**FILED**
May 28 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY     s/ erikaf     DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. '15 CR 1437 GPC |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 21, U.S.C., Sec. 841(a)(1) – Possession of Cocaine with Intent to Distribute (Felony) |
| JONATHAN ELIAS (1), BRAYAN VALLE (2), | |
| Defendant. | |

The United States Attorney charges:

On or about April 28, 2015, within the Southern District of California, defendantS JONATHAN ELIAS and BRAYAN VALLE did knowingly and intentionally possess, with intent to distribute, approximately 12.98 kilograms of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: 5/28/15     .

LAURA E. DUFFY
United States Attorney

SHERRI WALKER HOBSON
Assistant U.S. Attorney

JACL:lml:San Diego/Imperial:5/28/2015