**FILED**

AUG 11 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ef_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 15CR1437GPC |
|---|---|
| Plaintiff, | **SUPERSEDING INFORMATION** |
| v. | Title 21, U.S.C., Sec. 841(a)(1) – Possession of Heroin with Intent to Distribute (Felony) |
| JONATHAN ELIAS (1), BRAYAN VALLE (2), | |
| Defendant. | |

The United States Attorney charges:

On or about April 28, 2015, within the Southern District of California, defendants JONATHAN ELIAS and BRAYAN VALLE did knowingly and intentionally possess, with intent to distribute heroin, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code Section 2.

DATED: __8/11/15__.

LAURA E. DUFFY
United States Attorney

for SHERRI WALKER HOBSON
Assistant U.S. Attorney

JACL:lml:San Diego/Imperial:8/11/2015